# United States Court of Appeals
## For the First Circuit

No. 14-2118

PAN AM SYSTEMS, INC.; SPRINGFIELD TERMINAL RAILWAY COMPANY;
DAVID ANDREW FINK,

Plaintiffs, Appellants,

v.

ATLANTIC NORTHEAST RAILS AND PORTS, INC.; CHALMERS HARDENBERG,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 9, 2015, is amended as follows:

On page 16, line 8, change "plaintiff's favor" to "plaintiffs' favor"

On page 24, line 12, change "names" to "name"

On page 26, line 16, change "temporally" to "temporarily"

On page 27, footnote 10, line 7, change "defendants complaints" to "defendants' complaints"